Goodman Law PLLC
P.O. Box 90758
Phoenix, Arizona 85066
Telephone: (602) 476-1114
Facsimile: (602) 218-5024
Jeremy M. Goodman—025859
jeremy@goodmanlawpllc.com

Attorneys for HLS of Nevada, LLC dba Nevada West Financial

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Shekeylia Van Maria Johnson, fka Shekeylia Van Maria Sanders, fka Shekeylia Van Maria Wheeler,<br><br>    Debtor. | Case Number: 2:18-bk-13031-PS<br><br>(Chapter 7) |
| HLS of Nevada, LLC dba Nevada West Financial,<br><br>    Movant,<br><br>    v.<br><br>Shekeylia Van Maria Johnson; Lothar Goernitz, Chapter 7 Trustee,<br><br>    Respondents. | NOTICE OF FILING AND BAR DATE FOR OBJECTIONS TO MOTION FOR RELIEF FROM STAY REGARDING 2009 NISSAN ALTIMA<br><br>[Related to Docket Number 10] |

    Notice is given that a Motion for Relief from Stay Regarding 2009 Nissan Altima (the "Motion") was filed by HLS of Nevada, LLC dba Nevada West Financial (the "Movant"), a secured creditor and party in interest in the above-referenced case. Movant is requesting relief from the automatic stay to exercise its available rights and remedies including, without

1

limitation, foreclosing its lien on 2009 Nissan Altima, Vehicle Identification Number 1N4AL21E89N437803 (the "Property") owned by the Debtor Shekeylia Van Maria Johnson.

Copies of the Motion, this Notice and the proposed order granting relief from stay regarding the Property were mailed to the parties listed on this Notice, and a copy of the Motion is on file in the office of the Clerk of the Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706.  Relief from the automatic stay may automatically be granted by the Court unless on or before fourteen (14) days after the date of this Notice, a written objection is filed with the United States Bankruptcy Court, and copies mailed to:

>    Jeremy M. Goodman
>    Goodman Law PLLC
>    P.O. Box 90758
>    Phoenix, AZ  85066
>    jeremy@goodmanlawpllc.com

If a party in interest timely objects to the Motion and the relief sought therein and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. Only those objecting and parties-in-interest will receive notice of the hearing on the objection.

Dated:  October 31, 2018.

>    Goodman Law PLLC
>
>    *By/s/    Jeremy M. Goodman—025859*
>    Jeremy M. Goodman
>    Attorneys for HLS of Nevada, LLC dba
>    Nevada West Financial

Original of the foregoing electronically
filed on October 31, 2018, at:
https://ecf.azb.uscourts.gov

. . .

. . .

| | |
|---|---|
| 1 | Copies of the foregoing mailed and/or electronically mailed* on October 31, |
| 2 | 2018, to: |
| 3 | Shekeylia Van Maria Johnson<br>1713 S. Chatsworth |
| 4 | Mesa, AZ  85209 |
| 5 | Nathan A. Finch*<br>Catalyst Legal Group PLLC |
| 6 | 1820 E. Ray Road<br>Chandler, AZ  85225 |
| 7 | ecf@catalyst.lawyer |
| 8 | Lothar Goernitz*<br>P.O. Box 32961 |
| 9 | Phoenix, AZ  85064-2961<br>lothargoernitz@lgt.phxcoxmail.com |
| 10 | |
| 11 | Office of the U.S. Trustee*<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003 |
| 12 | ustpregion14.px.ecf@usdoj.gov |
| 13 | |
| 14 | /s/ *Amey Wheeler* |